UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ROBBEN, | No. 2:16-cv-3022 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| JAMES R. WAGONER, et al., | |
| Defendants. | |

On April 7, 2017, plaintiff filed a document the court construes as a request for reconsideration of the magistrate judge's orders dated March 17, 2017. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's rulings are clearly erroneous or contrary to law.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (ECF No. 11) is denied.

Dated: May 3, 2017

/s/ JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

robb3022.851