UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ROBBEN,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES R. WAGNER, et al.,<br><br>    Defendants. | No. 2:16-cv-3022 JAM CKD P<br><br>ORDER |

Plaintiff has filed a document requesting that he be permitted to file a "supplemental" complaint rather than an amended complaint. As plaintiff was informed in the court's March 17, 2017 order, the court does not permit supplemental pleadings. See Local Rule 220. Good cause appearing, however, plaintiff will be granted additional time to file his amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to file a supplemental complaint (ECF No. 21) is denied.

2. Plaintiff is granted 30 days from the date of this order to file an amended complaint which complies with all of the requirements of the court's March 17, 2017 order.

/////
/////
/////
/////

1

3. Failure to file an amended complaint within 30 days will result in a recommendation that this action be dismissed.

Dated:  August 30, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
robb3022.ext

2