UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ROBBEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES R. WAGNER, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-3022 JAM CKD P<br><br><br>ORDER |

Plaintiff has filed a document requesting that this action be stayed due to difficulties he is experiencing in drafting an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for a stay (ECF No. 23) is denied.

2. Plaintiff is granted 45 days from the date of this order to file an amended complaint which complies with all of the requirements of the court's March 17, 2017 order.

3. Failure to file an amended complaint within 45 days will result in a recommendation that this action be dismissed.

Dated: October 5, 2017

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/robb3022.ext