UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ROBBEN,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES R. WAGNER, et al.,<br><br>        Defendants. | No. 2:16-cv-3022 JAM CKD P<br><br>ORDER |

Plaintiff has filed a document requesting that this action be stayed due to difficulties he is experiencing in drafting an amended complaint while housed at the El Dorado County Jail. Since plaintiff has now been transferred to the California Department of Corrections and Rehabilitation, his request for a stay will be denied. However, the court will grant plaintiff an extension of time to file his amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for a stay (ECF No. 25) is denied.

2. Plaintiff is granted 30 days from the date of this order to file an amended complaint which complies with all of the requirements of the court's March 17, 2017 order.

/////

/////

/////

3. Failure to file an amended complaint within 30 days will result in a recommendation that this action be dismissed.

Dated: December 4, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1
robb3022.ext(2)