UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ROBBEN, | No. 2:16-cv-3022 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| JAMES R. WAGNER, et al., | |
| Defendants. | |

Plaintiff has filed a document requesting that this action be stayed due to difficulties he is experiencing in drafting an amended complaint. It appears some of the difficulties are as a result of his recent transfer from the El Dorado County Jail to the California Department of Corrections and Rehabilitation.

Good cause appearing, plaintiff's request for a stay will be denied. However, the court will grant plaintiff a final extension of time to file his amended complaint. If the actions of prison officials cause plaintiff to not be able to file an amended complaint by the deadline, plaintiff must at least file a document with the court explaining how it is he believes he can proceed against the California judges identified in plaintiff's complaint in light of the information provided to plaintiff in the court's March 17, 2017 screening order. Failure to file an amended complaint, or at least an explanation as to why the defendants identified by plaintiff are not immune from suit, will result in a recommendation that this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for a stay (ECF No. 29) is denied.

2. Plaintiff is granted 30 days from the date of this order to file an amended complaint which complies with all of the requirements of the court's March 17, 2017 order. If the actions of prison officials cause plaintiff to not be able to file an amended complaint by the deadline, plaintiff must at least file a document with the court explaining how it is he believes he can proceed against the California judges identified in plaintiff's complaint in light of the information provided to plaintiff in the court's screening order.

3. The Clerk of the Court shall send a copy of the court's March 17, 2017screening order with this order.

4. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: January 22, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
robb3022.ext