UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ROBBEN, | No. 2:16-cv-3022 JAM CKD P |
| Plaintiff, | |
| v. | ORDER |
| JAMES R. WAGONER, et al., | |
| Defendants. | |

On January 22, 2018, the court granted plaintiff 30 days within which to file an amended complaint. Plaintiff has not done so. However, in a filing dated February 16, 2018, plaintiff indicated he was having difficulty accessing writing materials, legal materials and mailing supplies. This being the case, the court will grant plaintiff additional time to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of this order in which to file an amended complaint. Failure to file an amended complaint within 30 days will result in dismissal.

Dated: May 18, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/robb3022.ext